GOLDEN CITY COMMERCIAL BANK, Plaintiff, v 207 SECOND AVENUE REALTY CORP. et al., Defendants. MICHAEL G. ZAPSON, as Temporary Receiver of the Rents and Profits of 207 Second Avenue, New York, New York, Nonparty Respondent; JANET CHANG, as Successor in Interest, Nonparty Appellant.

Submitted December 31, 2012; decided February 19, 2013

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

In the Matter of the Judicial Settlement of the Intermediate Account of HSBC BANK USA, N.A., as Trustee of the Trust under Agreement Dated January 21, 1957, SEYMOUR H. KNOX, II, Grantor, for the Benefit of the Issue of SEYMOUR H. KNOX, III, for the Period January 21, 1957 to November 3, 2005. HSBC BANK USA, N.A., Respondent; W.A. READ KNOX et al., Appellants, et al., Respondents.

Submitted November 26, 2012; decided February 19, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judge PIGOTT taking no part.